# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## (SOUTHERN DIVISION)

WENDY YAMILETH GUTIERREZ ZUNIGA

    *Plaintiff*,

      v.

CHINO MARKET, LLC, *et al.*

    *Defendants*.

Case No.: 8:24-cv-02063-TDC

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Wendy Yamileth Gutierrez Zuniga ("Plaintiff"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby voluntarily dismisses the entirety of this civil action WITH PREJUDICE.

Date:  January 17, 2025

Respectfully submitted,

/s/Omar Melehy
Omar Melehy, Esq.
Bar No. 05712
Melehy & Associates LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910
P: (301) 587-6364
F: (301) 587-6308
Email: ovmelehy@melehylaw.com

*Counsel for Plaintiff*

By: /s/           (with permission of)
Roberto N. Allen, Esq.
Bar No. 25110
Witherup Allen Law, LLC
3915 National Drive, Suite 320
Burtonsville, MD 20866
P: (301) 861-0202
F: (301) 861-4354
Email: rallen@witherupallenlaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY certify that on January 17, 2025, a copy of the foregoing document was served on the following person(s) through the Court's electronic filing system:

Roberto N. Allen, Esq.
Witherup Allen Law, LLC
3915 National Drive, Suite 320
Burtonsville, MD 20866
P: (301) 861-0202
F: (301) 861-4354
Email: rallen@witherupallenlaw.com

*Counsel for Defendants*

                                                /s/*Alexandre Todorov*
                                                Alexandre (Sasho) Todorov